ALFRED BRENNER, APPELLANT, v. CITY OF BAYONNE ET AL., RESPONDENTS.

Argued October 20, 1944—Decided February 2, 1945.

For the appellant, *Alfred Brenner, pro se.*

For the respondents, *William Rubin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Porter in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, DONGES, COLIE, WELLS, RAFFERTY, THOMPSON, DILL, JJ. 9.

*For reversal*—PERSKIE, J. 1.